# Writ of Habeas Corpus

I am writing you regarding the very cruel and unusual punishment that Gregg County South Jail is infringing upon me here at the Courthouse in Longview, Texas. I'm housed in my cell block where the toilet is a disease carrying area. It holds feces in it from the inmate in a seperation cell behind me. When I'm sitting on toilet defecating myself, the individual in the seperation cell may be as well, when he flushes his feces has came gurgitating up on my side and has gotten all over my genitals, and anal area. I have been put on antibiotics since this took place here in the South Jail of the Gregg County Courthouse. I'm requesting that this disease infested situation be remedied as quickly as possible please! I'm also being charged by the Medical Dept. for the antibiotics they are giving me for the infraction they caused upon me. I pray your Dept. will handle very soon, for they are cruel for doing this to human beings. It's against my civil rights as a United States citizen! God Bless you! Thank you for your time.

Respectfully submitted, Clifford